NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

UNILOC 2017 LLC,
*Appellant*

**v.**

GOOGLE LLC,
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

2019-2137

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01683.

**JUDGMENT**

BRIAN MATTHEW KOIDE, Etheridge Law Group, South-lake, TX, argued for appellant. Also represented by JAMES

ETHERIDGE, RYAN S. LOVELESS, BRETT MANGRUM, JEFFREY A. STEPHENS.

ERIKA ARNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellee. Also represented by SYDNEY KESTLE, ANDREA GRACE KLOCK MILLS; DANIEL CRAIG COOLEY, Fairfax, VA; JASON E. STACH, Atlanta, GA.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by SARAH E. CRAVEN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 31, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court